# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07/28/2016

IN RE:

| | |
|---|---|
| CHRISTOPHER L. HATCHER | Case No.12-22134 JAD |
| TAUNYA M. HATCHER | |
| 127 LAYTON DRIVE | Chapter 13 |
| BUTLER, PA 16001 | |
| XXX-XX-3783         Debtor(s) | |

XXX-XX-8692

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 13 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.

2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]

3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record,  (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]

4. Late-filed claims will not be paid unless all timely filed claims have been paid in full.  Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim. [So provided in the plan]

5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]

6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11 U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan.  [So provided in the order confirming the plan]

The following claim information is derived from the debtor(s)' schedules, chapter 13 plan and /or proofs of claim.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice.  This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 13 plan, or the order confirming the chapter 13 plan.

Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan).  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee .

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/28/2016

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **ALBERT M BELMONT III ESQ** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| BOCHETTO & LENTZ PC | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: |
| 1524 LOCUST ST | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| PHILADELPHIA, PA 19102 | COMMENT: INLAND AMERICAN CRANBERRY SPECIALTY LP/ PRAE | | |

| | | | |
|---|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: PRIMARY RES MORTGAGE REG |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:26 | CRED %: 100.00% | ACCOUNT NO.: 8801 |
| PO BOX 65450 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $974.89 |
| SALT LAKE CITY, UT 84165-0450 | COMMENT: C26GOVS/CNF*977@CHASE/PL*BGN 5-12*974.89x(60+2)=LMT*1ST*FR DEUTSCHE/JF | | |

| | | | |
|---|---|---|---|
| **COMMUNITY BANK NA**\*\* | Trustee Claim Number:3 | INT %: 7.25% | CRED DESC: VEHICLE |
| 45 49 COURT ST | Court Claim Number:25 | CRED %: 100.00% | ACCOUNT NO.: 8289 |
| POB 509 | | | |
| | CLAIM: 13,805.74 | | MO. PMT.: $350.18 |
| CANTON, NY 13617 | COMMENT: C25 GOV@MDF pITRMS/CNF*C=14,675.83*PIF/CR/LTR | | |

| | | | |
|---|---|---|---|
| **FIRST COMMONWEALTH BANK** | Trustee Claim Number:4 | INT %: 7.25% | CRED DESC: SECURED CREDITOR |
| POB 400* | Court Claim Number:4 | CRED %: 100.00% | ACCOUNT NO.: 8692/89001 |
| | CLAIM: 11,540.34 | | MO. PMT.: $229.88 |
| INDIANA, PA 15701 | COMMENT: $CL-PL@7.25%MDF/PL*DKT | | |

| | | | |
|---|---|---|---|
| **FIRST COMMONWEALTH BANK** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| POB 400* | Court Claim Number:6 | CRED %: 100.00% | ACCOUNT NO.: 3783/89001 |
| | CLAIM: 0.00 | | MO. PMT.: $2,031.00 |
| INDIANA, PA 15701 | COMMENT: PMT/CL-PL*2031 X 60+2=LMT*1ST | | |

| | | | |
|---|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:6 | INT %: 7.25% | CRED DESC: VEHICLE |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:10 | CRED %: 100.00% | ACCOUNT NO.: 1315 |
| 4140 E STATE ST | | | |
| | CLAIM: 10,466.85 | | MO. PMT.: $214.63 |
| HERMITAGE, PA 16148 | COMMENT: $CL-PL@7.25%MDF/PL | | |

| | | | |
|---|---|---|---|
| **M & T BANK** | Trustee Claim Number:7 | INT %: 6.94% | CRED DESC: VEHICLE |
| ATTN BANKRUPTCY OPERATIONS | Court Claim Number:14 | CRED %: 100.00% | ACCOUNT NO.: 4193 |
| 1100 WEHRLE DR | | | |
| | CLAIM: 14,475.92 | | MO. PMT.: $385.02 |
| WILLIAMSVILLE, NY 14221 | COMMENT: 15060.65@6.94%/PL@K*W 40*PIF/CR/LTR | | |

| | | | |
|---|---|---|---|
| **NORTHWEST CONSUMER DISCOUNT CO**\*\* | Trustee Claim Number:8 | INT %: 7.25% | CRED DESC: SECURED CREDITOR |
| PO BOX 789 | Court Claim Number:NC | CRED %: 100.00% | ACCOUNT NO.: ...4101558512 |
| | CLAIM: 450.00 | | MO. PMT.: $0.00 |
| BUTLER, PA 16003 | COMMENT: $@7.25%MDF/PL | | |

| | | | |
|---|---|---|---|
| **SHEFFIELD FINANCIAL/B B & T*** | Trustee Claim Number:9 | INT %: 7.25% | CRED DESC: UNSECURED   (S) |
| ATTN BKRPTCY SECTION / 100-50-01-51 | Court Claim Number:21 | CRED %: 100.00% | ACCOUNT NO.: ...20-548090-1 (8909) |
| POB 1847 | | | |
| | CLAIM: 3,622.38 | | MO. PMT.: $0.00 |
| WILSON, NC 27894-1847 | COMMENT: 3657.46@7.25%MDF/PL@SEC'D*72.85MO*CL=UNS | | |

| | | | |
|---|---|---|---|
| **US BANK** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: PRIMARY RES MORTGAGE REG |
| 205 WEST 4TH ST | Court Claim Number:28 | CRED %: 100.00% | ACCOUNT NO.: 3672 |
| CN-OH-X5-FI | | | |
| | CLAIM: 0.00 | | MO. PMT.: $318.07 |
| CINCINNATI, OH 45202 | COMMENT: PMT/PL-CL*BGN 5-12*318.07 x (60 + 2)=LMT*NO ARRS/PL-CL*2ND | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:11   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:9   CRED %: 100.00% | ACCOUNT NO.: 3783 |
| PO BOX 7317 | | |
| | CLAIM: 5,709.26 | MO. PMT.: $0.00 |
| PHILADELPHIA, PA 19101-7317 | COMMENT: $CL-PL\*...3783/...3154 | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:12   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:11   CRED %: 100.00% | ACCOUNT NO.: 3783 |
| STRAWBERRY SQ | | |
| | CLAIM: 1,842.95 | MO. PMT.: $0.00 |
| HARRISBURG, PA 17128 | COMMENT: $CL-PL\*...3783/81133691;AN,ST | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS CENTURION BNK** | Trustee Claim Number:13   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:20   CRED %: 7.00% | ACCOUNT NO.: 1004 |
| POB 3001 | | |
| | CLAIM: 3,524.98 | MO. PMT.: $0.00 |
| MALVERN, PA 19355-0701 | COMMENT: | |

| | | |
|---|---|---|
| **BANK OF AMERICA\*\*** | Trustee Claim Number:14   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN FIA CARD SVCS-PMT SVCS | Court Claim Number:   CRED %: 7.00% | ACCOUNT NO.: ...4339931790142244 |
| 1000 SAMOSET DR | | |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| NEWARK, DE 19713 | COMMENT: | |

| | | |
|---|---|---|
| **BACK BOWL I LLC - SERIES C** | Trustee Claim Number:15   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:16   CRED %: 7.00% | ACCOUNT NO.: 9435 |
| PO BOX 3978 | | |
| | CLAIM: 13,283.57 | MO. PMT.: $0.00 |
| SEATTLE, WA 98124 | COMMENT: CITIBANK | |

| | | |
|---|---|---|
| **ALLIANCE ONE RECEIVABLES MGMNT** | Trustee Claim Number:16   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 4850 STREET RD STE 300 | Court Claim Number:   CRED %: 7.00% | ACCOUNT NO.: ...6035320350623482 |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| TREVOSE, PA 19053 | COMMENT: NT ADR/SCH~CITICORP/CITIBANK | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:17   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DB SERVICING CORP | Court Claim Number:3   CRED %: 7.00% | ACCOUNT NO.: 3644 |
| PO BOX 3025 | | |
| | CLAIM: 1,478.32 | MO. PMT.: $0.00 |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - WFNB** | Trustee Claim Number:18   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:22   CRED %: 7.00% | ACCOUNT NO.: 6463 |
| | CLAIM: 596.92 | MO. PMT.: $0.00 |
| KIRKLAND, WA 98083-0788 | COMMENT: EXPRESS | |

| | | |
|---|---|---|
| **FIRST COMMONWEALTH BANK** | Trustee Claim Number:19   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 400\* | Court Claim Number:   CRED %: 7.00% | ACCOUNT NO.: ...0199 |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| INDIANA, PA 15701 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST COMMONWEALTH BANK** | Trustee Claim Number:20   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| POB 400\* | Court Claim Number:5   CRED %: 100.00% | ACCOUNT NO.: 3783/89002 |
| | CLAIM: 0.00 | MO. PMT.: $297.19 |
| INDIANA, PA 15701 | COMMENT: PMT/PL-CL\*UNS/SCH | |

| **FIRST COMMONWEALTH BANK** | Trustee Claim Number:21 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 400* | Court Claim Number:7 | CRED %: 7.00% | ACCOUNT NO.: 5306 |
| | CLAIM: 10,249.76 | | MO. PMT.: $0.00 |
| INDIANA, PA 15701 | COMMENT: | | |

| **THE HOME DEPOT CREDIT SERVICES++** | Trustee Claim Number:22 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| P.O. BOX 653000 | Court Claim Number: | CRED %: 7.00% | ACCOUNT NO.: ...603532250589864100001 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DALLAS, TX 75265 | COMMENT: NT ADR/SCH | | |

| **THE HOME DEPOT CREDIT SERVICES++** | Trustee Claim Number:23 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| P.O. BOX 653000 | Court Claim Number: | CRED %: 7.00% | ACCOUNT NO.: ...6035320350623482 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DALLAS, TX 75265 | COMMENT: NT ADR/SCH | | |

| **PRA RECEIVABLES MANAGEMENT LLC - AGNT FT** | Trustee Claim Number:24 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:27 | CRED %: 7.00% | ACCOUNT NO.: 7443 |
| | CLAIM: 8,334.89 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: THE HOME DEPOT | | |

| **JOSEPH MANN & CREED++** | Trustee Claim Number:25 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 21403 | Court Claim Number: | CRED %: 7.00% | ACCOUNT NO.: ...6092354 |
| CHAGRIN BLVD STE 200 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| BEACHWOOD, OH 44122 | COMMENT: NT ADR/SCH | | |

| **PRA RECEIVABLES MANAGEMENT LLC - AGNT FT** | Trustee Claim Number:26 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:23-2 | CRED %: 7.00% | ACCOUNT NO.: 4914 |
| | CLAIM: 2,756.63 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: GE CAP RB/PAYPAL*AMD | | |

| **PNC BANK** | Trustee Claim Number:27 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| DEPOSIT RECOVERY UNIT | Court Claim Number: | CRED %: 7.00% | ACCOUNT NO.: ...5300 |
| 500 W JEFFERSON ST | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| LOUISVILLE, KY 40202 | COMMENT: NT ADR/SCH | | |

| **PNC BANK NA** | Trustee Claim Number:28 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:2 | CRED %: 7.00% | ACCOUNT NO.: 6226 |
| | CLAIM: 8,562.03 | | MO. PMT.: $0.00 |
| CLEVELAND, OH 44101 | COMMENT: 0742/SCH | | |

| **PNC BANK NA** | Trustee Claim Number:29 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:19 | CRED %: 7.00% | ACCOUNT NO.: 742 |
| | CLAIM: 9,431.32 | | MO. PMT.: $0.00 |
| CLEVELAND, OH 44101 | COMMENT: 7737/SCH | | |

| **PNC BANK NA** | Trustee Claim Number:30 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WELTMAN WEINBERG & REIS CO LPA | Court Claim Number:1 | CRED %: 7.00% | ACCOUNT NO.: JDGMNT CP 2012-02643 |
| 2500 KOPPERS BLDG | | | |
| 436 7TH AVE | CLAIM: 10,931.32 | | MO. PMT.: $0.00 |
| PITTSBURGH, PA 15219 | COMMENT: UNS/DOE*DK | | |

| | | | |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:31 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:15 | CRED %: 7.00% | ACCOUNT NO.: 7403 |
| POB 10587 | | | |
| | CLAIM: 2,639.98 | | MO. PMT.: $0.00 |
| GREENVILLE, SC 29603-0587 | COMMENT: FR TARGET NATL BANK*DOC 47 | | |

| | | | |
|---|---|---|---|
| **THE CBE GROUP++** | Trustee Claim Number:32 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 480 | Court Claim Number: | CRED %: 7.00% | ACCOUNT NO.: ...6035320346847443 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| WATERLOO, IA | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF LABOR & INDUSTRY(**) PA** | Trustee Claim Number:33 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| LABOR AND INDUSTRY COLLECTIONS & BANKRL | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: |
| 651 BOAS ST - RM 704 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17121 | COMMENT: /PRAE | | |

| | | | |
|---|---|---|---|
| **GE CAPITAL RETAIL BANK** | Trustee Claim Number:34 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: |
| 25 SE 2ND AVE STE 1120 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| MIAMI, FL 33131-1605 | COMMENT: PAYPAL/PRAE | | |

| | | | |
|---|---|---|---|
| **FIRST COMMONWEALTH BANK** | Trustee Claim Number:35 | INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| POB 400* | Court Claim Number:6 | CRED %: 100.00% | ACCOUNT NO.: 3783/89001 |
| | CLAIM: 2,849.65 | | MO. PMT.: $0.00 |
| INDIANA, PA 15701 | COMMENT: $CL-PL*1ST | | |

| | | | |
|---|---|---|---|
| **FIRSTLEASE INC** | Trustee Claim Number:36 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 1300 VIRGINIA DR STE 400 | Court Claim Number:8 | CRED %: 100.00% | ACCOUNT NO.: 3783 |
| | CLAIM: 3,475.20 | | MO. PMT.: $57.92 |
| FT WASHINGTON, PA 19034 | COMMENT: TOT AMT/CNF@PMT/PL-CONF*/SCH G | | |

| | | | |
|---|---|---|---|
| **INLAND AMERICAN RETAIL MGMNT LLC** | Trustee Claim Number:37 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O MENTER RUDIN & TRIVELPIECE PC | Court Claim Number:12 | CRED %: 100.00% | ACCOUNT NO.: 30917-26402 |
| 308 MALTBIE ST STE 200 | | | |
| | CLAIM: 24,686.12 | | MO. PMT.: $1,000.00 |
| SYRACUSE, NY 13204-1439 | COMMENT: PAY/STIP/CNF*$/PL@PMT/STIP OE*CL=20986.12*LEASE ARRS+ATTY FEES | | |

| | | | |
|---|---|---|---|
| **INLAND AMERICAN RETAIL MGMNT LLC** | Trustee Claim Number:38 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O MENTER RUDIN & TRIVELPIECE PC | Court Claim Number:24 | CRED %: 100.00% | ACCOUNT NO.: 30917-26402 |
| 308 MALTBIE ST STE 200 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| SYRACUSE, NY 13204-1439 | COMMENT: OUTSIDE/PL*DKT*ONGOING LEASE PMTS | | |

| | | | |
|---|---|---|---|
| **INLAND AMERICAN RETAIL MGMNT LLC** | Trustee Claim Number:39 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O MENTER RUDIN & TRIVELPIECE PC | Court Claim Number:13 | CRED %: 100.00% | ACCOUNT NO.: 30917-26402 |
| 308 MALTBIE ST STE 200 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| SYRACUSE, NY 13204-1439 | COMMENT: NT/SCH-PL*CL 13@2675W/D*DOC 27 | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:40 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:11 | CRED %: 7.00% | ACCOUNT NO.: 3691 |
| STRAWBERRY SQ | | | |
| | CLAIM: 280.73 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17128 | COMMENT: NO GEN UNS/SCH*81133691 | | |

| M & T BANK | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY OPERATIONS | Court Claim Number:14 CRED %: 7.00% | ACCOUNT NO.: 4193 |
| 1100 WEHRLE DR | | |
| | CLAIM: 101.30 | MO. PMT.: $0.00 |
| WILLIAMSVILLE, NY 14221 | COMMENT: NO GEN UNS/SCH*W 7*SEC'D PIF/CRED | |

| AMERICAN INFOSOURCE LP - AGENT FIRST DAT | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 248838 | Court Claim Number:17 CRED %: 7.00% | ACCOUNT NO.: 000 |
| | CLAIM: 746.91 | MO. PMT.: $0.00 |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: NT/SCH | |

| AMERICAN INFOSOURCE LP - AGENT FIRST DAT | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 248838 | Court Claim Number:18 CRED %: 7.00% | ACCOUNT NO.: 000 |
| | CLAIM: 4,018.66 | MO. PMT.: $0.00 |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: NT/SCH*FIRST DATA GLOBAL LEASING | |

| SHEFFIELD FINANCIAL/B B & T* | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN BKRPTCY SECTION / 100-50-01-51 | Court Claim Number: CRED %: 7.00% | ACCOUNT NO.: 8909 |
| POB 1847 | | |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| WILSON, NC 27894-1847 | COMMENT: PROV/PL@CID 9 | |

| ANDREW F GORNALL ESQ | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| KML LAW GROUP PC | Court Claim Number: CRED %: 0.00% | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| PHILADELPHIA, PA 19106 | COMMENT: DEUTSCHE BANK/PRAE | |

| FIRST COMMONWEALTH BANK | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| POB 400* | Court Claim Number:5 CRED %: 100.00% | ACCOUNT NO.: 3783/8902 |
| | CLAIM: 1,235.93 | MO. PMT.: $0.00 |
| INDIANA, PA 15701 | COMMENT: $CL-PL*ARRS | |

| DEUTSCHE BANK NATIONAL TRUST CO - TRUST | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: PRIMARY RES MORTGAGE ARR |
|---|---|---|
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:26 CRED %: 100.00% | ACCOUNT NO.: 8801 |
| PO BOX 65450 | | |
| | CLAIM: 99.41 | MO. PMT.: $0.00 |
| SALT LAKE CITY, UT 84165-0450 | COMMENT: C26GOVS/CNF*NT PRV/PL*1ST*THRU 4/12*FR DEUTSCHE/JPM*D 61*FR JPM*DOC 6 | |

| INLAND AMERICAN RETAIL MGMNT LLC | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED (S) |
|---|---|---|
| C/O MENTER RUDIN & TRIVELPIECE PC | Court Claim Number:24 CRED %: 7.00% | ACCOUNT NO.: 30917-26402 |
| 308 MALTBIE ST STE 200 | | |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| SYRACUSE, NY 13204-1439 | COMMENT: NT/SCH*CL=133783.47~% OF POSTPET RENT~W/38 | |

| DEUTSCHE BANK NATIONAL TRUST CO - TRUST | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
|---|---|---|
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:026 CRED %: 0.00% | ACCOUNT NO.: 8801 |
| PO BOX 65450 | | |
| | CLAIM: 0.00 | MO. PMT.: $186.40 |
| SALT LAKE CITY, UT 84165-0450 | COMMENT: NTC OF MTG PMT CHG W/DRAWN/COE *W2*CHASE/PL*1ST**FR DEUTSCHE-D 61*F | |

| FIRSTLEASE INC | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1300 VIRGINIA DR STE 400 | Court Claim Number:8 CRED %: 7.00% | ACCOUNT NO.: 3783 |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| FT WASHINGTON, PA 19034 | COMMENT: PAY@SEC/CONF*C=441.42*/SCH G | |