# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher L. Hatcher and Taunya M. Hatcher<br><br>      Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-22134 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1887

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              jwarmbrodt@kmllawgroup.com
                              Attorney I.D. No. 42524
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              Phone: 215-825-6306
                              Fax: 215-825-6406
                              Attorney for Movant/Applicant