# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Christopher L. Hatcher** : | Case No. 12−22134−JAD |
| **dba Hatcher Contracting and Remodeling** : | Chapter: 13 |
| **Taunya M. Hatcher** : | |
| **dba Above It All Hair Salon and Day Spa, dba** : | |
| **Alera Salon and Spa** : | |
| *Debtor(s)* : | Related to Claim No. 26 |
| : | |
| Deutsche Bank National Trust Co. as Trustee for : | |
| Soundview Home Loan Trust 2005−4, Asset : | |
| Backed Cert., Ser.2005−4 : | |
| *Movant,* : | |
| : | |
| v. : | |
| Christopher L. Hatcher : | |
| Taunya M. Hatcher : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

     **AND NOW**, this **30th day of March, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Deutsche Bank National Trust Co. as Trustee for Soundview Home Loan Trust 2005−4, Asset Backed Cert., Ser.2005−4* at Claim No. 26 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.


                                                   <u>Jeffery A. Deller</u>
                                                 United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher L. Hatcher
Taunya M. Hatcher
    Debtors

Case No. 12-22134-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Mar 30, 2017
                      Form ID: 237     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
```
db/jdb         +Christopher L. Hatcher,    Taunya M. Hatcher,    127 Layton Drive,    Butler, PA 16001-2764
13937584       +Deustsche Bank National Trust Company a,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13735888        Deutsche Bank National Trust Company,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13438165       +Deutsche Bank National Trust Company, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 Mail Code: OH4-7126,    Columbus, OH 43219-6009
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
```
              Albert M. Belmont, III    on behalf of Creditor    Inland American Retail Management, LLC
               abelmont@bochettoandlentz.com, mrapoport@bochettoandlentz.com
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              Christopher L. Borsani    on behalf of Creditor    First Commonwealth Bank cborsani@tuckerlaw.com,
               clborsani82@gmail.com
              Dai Rosenblum    on behalf of Joint Debtor Taunya M. Hatcher dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai Rosenblum    on behalf of Debtor Christopher L. Hatcher dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deustsche Bank National Trust Company as
               Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Et Al...
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Deustsche Bank National Trust Company as
               Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```
                                                                                                                   TOTAL: 13