**UNITED STATES BANKRUPTCY COURT**
**Western District of Pennsylvania**

| | |
|---|---|
| In re: )<br>)<br>CHRISTOPHER L. HATCHER, AND )<br>TAUNYA M. HATCHER, )<br>)<br>      Debtors. )<br>)<br>CHRISTOPHER L. HATCHER, )<br>)<br>      Movant, )<br>)<br>      v. )<br>)<br>NO RESPONDENT. )<br>)<br>RONDA J. WINNECOUR, Trustee. ) | Case No: 12-22134-JAD<br><br>Chapter 13<br><br>Document No.: 101 |

**CHAPTER 13 DEBTOR'S CERTIFICATION**
**REGARDING DISCHARGE ELIGIBILITY**

To the Court:

    1.  The Debtor has made all payments required by the Chapter 13 Plan.

    2. The Debtor is not required to pay any Domestic Support Obligations.

    3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

    4. On May 9, 2012, at docket number 18, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

| | |
|---|---|
| May 17, 2017 | /s/ Dai Rosenblum, Esq.<br>Dai Rosenblum, Attorney for the Debtor<br>254 New Castle Road, Suite B<br>Butler, PA  16001-2529<br>(724) 283-2900 PA ID No. 31802<br>dailaw@earthlink.net |