Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christopher L. Hatcher
dba Hatcher Contracting and Remodeling
Taunya M. Hatcher
dba Above It All Hair Salon and Day Spa, dba Alera Salon and Spa**
   Debtor(s)

Bankruptcy Case No.: 12–22134–JAD
Doc. No. 104
Chapter: 13
Docket No.: 105 – 104

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 30th day of May, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/19/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **6/28/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/19/17.**

                                                     Jeffery A. Deller
                                                     United States Bankruptcy Judge

cm: **All Parties**

Case 12-22134-JAD    Doc 106    Filed 06/01/17    Entered 06/02/17 01:04:52    Desc
Imaged Certificate of Notice    Page 2 of 4

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 12-22134-JAD
Christopher L. Hatcher                                                  Chapter 13
Taunya M. Hatcher
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                  Page 1 of 3                  Date Rcvd: May 30, 2017
                              Form ID: 408                Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db/jdb         +Christopher L. Hatcher,    Taunya M. Hatcher,    127 Layton Drive,    Butler, PA 16001-2764
cr             +Inland American Retail Management, LLC,    2901 Butterfield Road,    Oak Brook, IL 60523-1190
cr             +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    P.O. Box 24605,
                WEST PALM BEACH, FL 33416-4605
cr             +U.S. BANK NATIONAL ASSOCIATION,    PO BOX 9013,    Addison, TX 75001-9013
13362729        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13396463        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13362730        Bank of America - Business Card,    P.O. Box 15796,    Wilmington, DE 19886-5796
13362732       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citicards,    P.O. Box 182564,    Columbus, OH 43218-2564)
13362731        Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13362733        Citicorp Credit Services Inc.,    AllianceOne Receivables Managment Inc.,    P.O. Box 3107,
                Southeastern, PA 19398-3107
13362734       +Community Bank NA,    P.O. Box 509,    Canton NY 13617-0509
13937584       +Deustsche Bank National Trust Company a,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13735888        Deutsche Bank National Trust Company,    c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13438165       +Deutsche Bank National Trust Company, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                Mail Code: OH4-7126,    Columbus, OH 43219-6009
13362736        Express,    P.O. Box 659728,    San Antonio, TX 78265-9728
13371229       +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                1500 One PPG Place,    Pittsburgh, PA 15222-5413
13362744       +First National Bank of PA,    4140 East State Street,    Hermitage PA 16148-3401
13362745       +Gatestone & Co. International Inc.,    1000 N. West St.,    Suite 1200,
                Wilmington, DE 19801-1058
13362746       +Global Credit and Collection Corp,    300 International Drive,    PMb #10015,
                Buffalo, NY 14221-5783
13362747       +Home Depot Consumer,    Citicorp Credit Service,    P.O. Box 20507,    Kansas City, MO 64195-0507
13362748       +Home Depot Credit Services,    P.O. Box 182676,    P.O. Box 2695,    Columbus, OH 43216
13362749       +Hone Depot Consumer,    Citicorp Credit Service,    P.O. Box 20507,    Kansas City, MO 64195-0507
13362750        Inland American Cranberry Specialty LP,    c/o Mentor Rudin & Trivelpiece PC,
                308 Maltbie St-Ste 200,    Syracuse NY 13204-1439
13362752       +James P. Valecko, Esq.,    436 Seventh Avenue,    Suite 1400,    Pittsburgh, PA 15219-1827
13362756        Northwest Consumer Discount,    PO Box 789,    Butler, PA 16003-0789
13365940       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13362759        PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
13362760        PNC Bank,    P.O. Box 586177,    Louisville, KY 40285-6177
13363476        PNC Bank, N.A., successor to National City Bank,    c/o Weltman, Weinberg & Reis,
                1400 Koppers Building, 436 7th Avenue,    Pittsburgh, PA 15219
13362761       +PNC Bank, NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13362763        Target National Bank,    P.O. Box 660170,    Dallas, TX 75266-0170
13362765        The CBE Group Inc.,    P.O. 2547,    Waterloo, IA 50704-2547
13362766        The CBE Group, Inc.,    P.O. Box 2547,    Waterloo, IA 50704-2547
13362767       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    205 W 4th St,    Suite 500,    Cincinnati OH 45202)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:48:53
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
13394955        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 00:54:56
                American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                Oklahoma City, OK 73124-8838
13391929       +E-mail/Text: bncmail@w-legal.com May 31 2017 00:45:22     BACK BOWL I LLC, SERIES C,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13362735        E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18     Discover,    P.O. Box 71084,
                Charlotte, NC 28272-1084
13369284        E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13362737        E-mail/Text: bankruptcynotice@fcbanking.com May 31 2017 00:44:25     First Commonwealth,
                P.O. Box 400,    Indiana, PA 15701-0400
13362738        E-mail/Text: bankruptcynotice@fcbanking.com May 31 2017 00:44:25     First Commonwealth Bank,
                P.O. Box 400,    Indiana, PA 15701
13362742       +E-mail/Text: bankruptcynotice@fcbanking.com May 31 2017 00:44:25     First Commonwealth Bank,
                520 Butler Crossing,    Butler, PA 16001-2437
13362740       +E-mail/Text: bankruptcynotice@fcbanking.com May 31 2017 00:44:26     First Commonwealth Bank,
                P.O. Box 537,    Indiana, PA 15701-0537
13362743       +E-mail/Text: pseymour@apexmtg.com May 31 2017 00:44:29     First Lease Inc,
                1300 Virginia Dr Ste 400,    Fort Washington PA 19034-3210
13362751        E-mail/Text: cio.bncmail@irs.gov May 31 2017 00:44:35     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0315-2          User: msch                   Page 2 of 3                   Date Rcvd: May 30, 2017
                              Form ID: 408                 Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13362753         E-mail/Text: cs.bankruptcy@jmcbiz.com May 31 2017 00:45:57      Joseph, Mann & Creed,
                  P.O. Box 22253,    Beachwood, OH 44122-0253
13508490         E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 00:48:42      LVNV Funding LLC,
                  c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13362754         E-mail/Text: camanagement@mtb.com May 31 2017 00:44:42      M & T Bank,    PO Box 64679,
                  Baltimore, MD 21264-4679
13383920         E-mail/Text: camanagement@mtb.com May 31 2017 00:44:42      M&T BANK,    1100 WEHRLE DRIVE,
                  WILLIAMSVILLE, NEW YORK 14221
13362755         E-mail/Text: bankruptcydepartment@tsico.com May 31 2017 00:45:54      NCO Financial Systems Inc.,
                  P.O. Box 15889,    Wilmington, DE 19850-5889
13362757         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2017 00:45:04      PA Dept. of Revenue,
                  Bankruptcy Division,    Dept. 280946,   Harrisburg, PA 17128-0946
13421202         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 01:06:14
                  Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
13362758         E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:41:58      Pay Pal Mastercard,
                  P.O. Box 960080,    Orlando, FL 32896-0080
13378370         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2017 00:45:04
                  Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13409487         E-mail/Text: bnc-quantum@quantum3group.com May 31 2017 00:44:49
                  Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                  Kirkland, WA 98083-0788
13372980         E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:48:40
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13362762         E-mail/Text: bankruptcy@bbandt.com May 31 2017 00:44:51      Sheffield Financial,
                  PO Box 580229,    Charlotte, NC 28258-0229
13399297        +E-mail/Text: bankruptcy@bbandt.com May 31 2017 00:44:51      Sheffield Financial / BB&T,
                  Bankruptcy Section,    PO Box 1847,   Wilson NC 27894-1847
13391861        +E-mail/Text: bncmail@w-legal.com May 31 2017 00:45:22      TARGET NATIONAL BANK,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121 SEATTLE, WA 98121-3132
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deustsche Bank National Trust Company as Trustee f
cr              Deutsche Bank National Trust Et Al...
cr*            +First Commonwealth Bank,   c/o Brett A. Solomon, Esquire,   Tucker Arensberg, P.C.,
                 1500 One PPG Place,   Pittsburgh, PA 15222-5413
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                 Greenville, SC 29603-0587
13362739*      ++FIRST COMMONWEALTH BANK,   PO BOX 400,   INDIANA PA 15701-0400
                (address filed with court: First Commonwealth Bank,   P.O. Box 400,   Indiana, PA 15701-0400)
13362741*      ++FIRST COMMONWEALTH BANK,   PO BOX 400,   INDIANA PA 15701-0400
                (address filed with court: First Commonwealth Bank,   PO Box 400,   Indiana, PA 15701)
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13362764       ##The CBE Group Inc.,   Payment Processing Center,   P.O. Box 2695,   Waterloo, IA 50704-2695
                                                                                    TOTALS: 2, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: msch                  Page 3 of 3                   Date Rcvd: May 30, 2017
                               Form ID: 408                Total Noticed: 59
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:

```
          Albert M. Belmont, III    on behalf of Creditor    Inland American Retail Management, LLC
           abelmont@bochettoandlentz.com, mrapoport@bochettoandlentz.com
          Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Et Al...
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
          Christopher L. Borsani    on behalf of Creditor    First Commonwealth Bank cborsani@tuckerlaw.com,
           clborsani82@gmail.com
          Dai  Rosenblum    on behalf of Debtor Christopher L. Hatcher dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai  Rosenblum    on behalf of Joint Debtor Taunya M. Hatcher dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Danielle  Boyle-Ebersole    on behalf of Creditor    Deustsche Bank National Trust Company as
           Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
           debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Et Al...
           bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Deustsche Bank National Trust Company as
           Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor     SELECT PORTFOLIO SERVICING, INC
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```