**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CHRISTOPHER L. HATCHER
TAUNYA M. HATCHER
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
     vs.
No Repondents.

Case No.:12-22134 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 26, 2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/24/2012 and confirmed on 7/27/12 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 372,877.35 |
| Less Refunds to Debtor | 10,412.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 362,464.38 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,597.00 | |
|    Trustee Fee | 13,424.44 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,021.44 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST COMMONWEALTH BANK | 0.00 | 123,891.00 | 0.00 | 123,891.00 |
|     Acct: XXXXXX9001 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8801 | | | | |
|   FIRST COMMONWEALTH BANK | 2,849.65 | 2,849.65 | 0.00 | 2,849.65 |
|     Acct: XXXXXX9001 | | | | |
|   FIRST COMMONWEALTH BANK | 11,540.34 | 11,540.34 | 2,188.18 | 13,728.52 |
|     Acct: XXXXXX9001 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CO | 450.00 | 450.00 | 111.35 | 561.35 |
|     Acct: XXXXXXXXX8512 | | | | |
|   FIRST COMMONWEALTH BANK | 0.00 | 18,128.59 | 0.00 | 18,128.59 |
|     Acct: XXXXXX9002 | | | | |
|   FIRSTLEASE INC | 3,475.20 | 3,475.20 | 0.00 | 3,475.20 |
|     Acct: 3783 | | | | |
|   FIRST COMMONWEALTH BANK | 1,235.93 | 1,235.93 | 0.00 | 1,235.93 |
|     Acct: XXXXX8902 | | | | |
|   COMMUNITY BANK NA** | 13,805.74 | 13,805.74 | 2,387.40 | 16,193.14 |
|     Acct: 8289 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 10,466.85 | 10,466.85 | 1,929.84 | 12,396.69 |
|     Acct: 1315 | | | | |
|   M & T BANK | 14,475.92 | 14,475.92 | 2,027.76 | 16,503.68 |
|     Acct: 4193 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO | 0.00 | 60,521.73 | 0.00 | 60,521.73 |
|     Acct: 8801 | | | | |
|   US BANK | 0.00 | 19,402.27 | 0.00 | 19,402.27 |
|     Acct: 3672 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO | 99.41 | 99.41 | 0.00 | 99.41 |
|     Acct: 8801 | | | | |
| | | | | 288,987.16 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER L. HATCHER | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: <br> CHRISTOPHER L. HATCHER | 10,412.97 | 10,412.97 | 0.00 | 0.00 |
| Acct: <br> DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: <br> DAI ROSENBLUM ESQ | 3,597.00 | 3,597.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-13 <br> INTERNAL REVENUE SERVICE* | 5,709.26 | 5,709.26 | 0.00 | 5,709.26 |
| Acct: 3783 <br> PA DEPARTMENT OF REVENUE* | 1,842.95 | 1,842.95 | 0.00 | 1,842.95 |
| Acct: 3783 <br> INLAND AMERICAN RETAIL MGMNT LLC | 24,686.12 | 24,686.12 | 0.00 | 24,686.12 |
| Acct: XXXXXXX6402 <br> INLAND AMERICAN RETAIL MGMNT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX6402 <br> INLAND AMERICAN RETAIL MGMNT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX6402 | | | | |
| | | | | 32,238.33 |
| **Unsecured** | | | | |
| SHEFFIELD FINANCIAL/B B & T* | 3,622.38 | 3,622.38 | 1,159.92 | 4,782.30 |
| Acct: XXXXXXXXXXXXXXXXX909) <br> INLAND AMERICAN RETAIL MGMNT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX6402 <br> AMERICAN EXPRESS CENTURION BNK | 3,524.98 | 890.45 | 0.00 | 890.45 |
| Acct: 1004 <br> BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX2244 <br> BACK BOWL I LLC - SERIES C | 13,283.57 | 3,355.56 | 0.00 | 3,355.56 |
| Acct: 9435 <br> ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX3482 <br> DISCOVER BANK(*) | 1,478.32 | 373.44 | 0.00 | 373.44 |
| Acct: 3644 <br> QUANTUM3 GROUP LLC AGNT - WFNB | 596.92 | 150.79 | 0.00 | 150.79 |
| Acct: 6463 <br> FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0199 <br> FIRST COMMONWEALTH BANK | 10,249.76 | 2,589.19 | 0.00 | 2,589.19 |
| Acct: 5306 <br> THE HOME DEPOT CREDIT SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXX0001 <br> THE HOME DEPOT CREDIT SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX3482 <br> PRA RECEIVABLES MANAGEMENT LLC - | 8,334.89 | 2,105.48 | 0.00 | 2,105.48 |
| Acct: 7443 <br> JOSEPH MANN & CREED++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX2354 <br> PRA RECEIVABLES MANAGEMENT LLC - | 2,756.63 | 696.35 | 0.00 | 696.35 |
| Acct: 4914 <br> PNC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5300 <br> PNC BANK NA | 8,562.03 | 2,162.85 | 0.00 | 2,162.85 |
| Acct: 6226 <br> PNC BANK NA | 9,431.32 | 2,382.45 | 0.00 | 2,382.45 |
| Acct: 742 <br> PNC BANK NA | 10,931.32 | 2,761.36 | 0.00 | 2,761.36 |
| Acct: XXXXXXXXXXXXXXXXX2643 <br> LVNV FUNDING LLC, ASSIGNEE | 2,639.98 | 666.89 | 0.00 | 666.89 |
| Acct: 7403 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   THE CBE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXX7443 | | | | |
|   PA DEPARTMENT OF REVENUE* | 280.73 | 70.92 | 0.00 | 70.92 |
|     Acct: 3691 | | | | |
|   M & T BANK | 101.30 | 25.59 | 0.00 | 25.59 |
|     Acct: 4193 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT FIF | 746.91 | 188.68 | 0.00 | 188.68 |
|     Acct: 000 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT FIF | 4,018.66 | 1,015.15 | 0.00 | 1,015.15 |
|     Acct: 000 | | | | |
|   SHEFFIELD FINANCIAL/B B & T* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8909 | | | | |
|   FIRSTLEASE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3783 | | | | |
|   ALBERT M BELMONT III ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 24,217.45 |

TOTAL PAID TO CREDITORS                                                     345,442.94

TOTAL
CLAIMED       32,238.33
PRIORITY      58,399.04
SECURED       80,559.70

Date: 05/26/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CHRISTOPHER L. HATCHER
    TAUNYA M. HATCHER
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:12-22134 JAD

Chapter 13

Document No.:

## ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                    BY THE COURT:

                                                    U.S. BANKRUPTCY JUDGE

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                  Case No. 12-22134-JAD
Christopher L. Hatcher                                                  Chapter 13
Taunya M. Hatcher
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: msch                   Page 1 of 3                   Date Rcvd: May 30, 2017
                               Form ID: pdf900              Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db/jdb         +Christopher L. Hatcher,   Taunya M. Hatcher,   127 Layton Drive,   Butler, PA 16001-2764
cr             +Inland American Retail Management, LLC,   2901 Butterfield Road,   Oak Brook, IL 60523-1190
cr             +OCWEN LOAN SERVICING, LLC,   Attn: Bankruptcy Department,   P.O. Box 24605,
                WEST PALM BEACH, FL 33416-4605
cr             +U.S. BANK NATIONAL ASSOCIATION,   PO BOX 9013,   Addison, TX 75001-9013
13362729        American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
13396463        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13362730        Bank of America - Business Card,   P.O. Box 15796,   Wilmington, DE 19886-5796
13362732       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citicards,   P.O. Box 182564,   Columbus, OH 43218-2564)
13362731        Chase,   P.O. Box 78420,   Phoenix, AZ 85062-8420
13362733        Citicorp Credit Services Inc.,   AllianceOne Receivables Managment Inc.,   P.O. Box 3107,
                Southeastern, PA 19398-3107
13362734       +Community Bank NA,   P.O. Box 509,   Canton NY 13617-0509
13937584       +Deustsche Bank National Trust Company a,   Serviced by Select Portfolio Servicing,,
                3815 South West Temple,   Salt Lake City, UT 84115-4412
13735888        Deutsche Bank National Trust Company,   c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,   P.O. BOX 24605,   West Palm Beach, FL 33416-4605
13438165       +Deutsche Bank National Trust Company, et al,   JPMorgan Chase Bank, N.A.,   3415 Vision Drive,
                Mail Code: OH4-7126,   Columbus, OH 43219-6009
13362736        Express,   P.O. Box 659728,   San Antonio, TX 78265-9728
13371229       +First Commonwealth Bank,   c/o Brett A. Solomon, Esquire,   Tucker Arensberg, P.C.,
                1500 One PPG Place,   Pittsburgh, PA 15222-5413
13362744       +First National Bank of PA,   4140 East State Street,   Hermitage PA 16148-3401
13362745       +Gatestone & Co. International Inc.,   1000 N. West St.,   Suite 1200,
                Wilmington, DE 19801-1058
13362746       +Global Credit and Collection Corp,   300 International Drive,   PMb #10015,
                Buffalo, NY 14221-5783
13362747       +Home Depot Consumer,   Citicorp Credit Service,   P.O. Box 20507,   Kansas City, MO 64195-0507
13362748       +Home Depot Credit Services,   P.O. Box 182676,   P.O. Box 2695,   Columbus, OH 43216
13362749       +Hone Depot Consumer,   Citicorp Credit Service,   P.O. Box 20507,   Kansas City, MO 64195-0507
13362750        Inland American Cranberry Specialty LP,   c/o Mentor Rudin & Trivelpiece PC,
                308 Maltbie St-Ste 200,   Syracuse NY 13204-1439
13362752       +James P. Valecko, Esq.,   436 Seventh Avenue,   Suite 1400,   Pittsburgh, PA 15219-1827
13362756        Northwest Consumer Discount,   PO Box 789,   Butler, PA 16003-0789
13365940       +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13362759        PNC Bank,   P.O. Box 856177,   Louisville, KY 40285-6177
13362760        PNC Bank,   P.O. Box 586177,   Louisville, KY 40285-6177
13363476        PNC Bank, N.A., successor to National City Bank,   c/o Weltman, Weinberg & Reis,
                1400 Koppers Building, 436 7th Avenue,   Pittsburgh, PA 15219
13362761       +PNC Bank, NA,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13362763        Target National Bank,   P.O. Box 660170,   Dallas, TX 75266-0170
13362765        The CBE Group Inc.,   P.O. 2547,   Waterloo, IA 50704-2547
13362766        The CBE Group, Inc.,   P.O. Box 2547,   Waterloo, IA 50704-2547
13362767       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: US Bank,   205 W 4th St,   Suite 500,   Cincinnati OH 45202)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:48:38
                Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                Miami, FL  33131-1605
13394955        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 00:55:03
                American InfoSource LP as agent for,   First Data Global Leasing,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13391929       +E-mail/Text: bncmail@w-legal.com May 31 2017 00:45:22   BACK BOWL I LLC, SERIES C,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13362735        E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18   Discover,   P.O. Box 71084,
                Charlotte, NC 28272-1084
13369284        E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18   Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13362737        E-mail/Text: bankruptcynotice@fcbanking.com May 31 2017 00:44:23   First Commonwealth,
                P.O. Box 400,   Indiana, PA 15701-0400
13362738        E-mail/Text: bankruptcynotice@fcbanking.com May 31 2017 00:44:23   First Commonwealth Bank,
                P.O. Box 400,   Indiana, PA 15701
13362742       +E-mail/Text: bankruptcynotice@fcbanking.com May 31 2017 00:44:23   First Commonwealth Bank,
                520 Butler Crossing,   Butler, PA 16001-2437
13362740       +E-mail/Text: bankruptcynotice@fcbanking.com May 31 2017 00:44:23   First Commonwealth Bank,
                P.O. Box 537,   Indiana, PA 15701-0537
13362743       +E-mail/Text: pseymour@apexmtg.com May 31 2017 00:44:29   First Lease Inc,
                1300 Virginia Dr Ste 400,   Fort Washington PA 19034-3210
13362751        E-mail/Text: cio.bncmail@irs.gov May 31 2017 00:44:30   Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0315-2                    User: msch                    Page 2 of 3                    Date Rcvd: May 30, 2017
                                        Form ID: pdf900               Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13362753        E-mail/Text: cs.bankruptcy@jmcbiz.com May 31 2017 00:45:57      Joseph, Mann & Creed,
                 P.O. Box 22253,    Beachwood, OH 44122-0253
13508490        E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 00:48:40      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13362754        E-mail/Text: camanagement@mtb.com May 31 2017 00:44:42      M & T Bank,    PO Box 64679,
                 Baltimore, MD 21264-4679
13383920        E-mail/Text: camanagement@mtb.com May 31 2017 00:44:42      M&T BANK,    1100 WEHRLE DRIVE,
                 WILLIAMSVILLE, NEW YORK 14221
13362755        E-mail/Text: bankruptcydepartment@tsico.com May 31 2017 00:45:51      NCO Financial Systems Inc.,
                 P.O. Box 15889,    Wilmington, DE 19850-5889
13362757        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2017 00:44:53      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
13421202        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 00:54:46
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13362758        E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:42:02      Pay Pal Mastercard,
                 P.O. Box 960080,    Orlando, FL 32896-0080
13378370        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2017 00:44:53
                 Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13409487        E-mail/Text: bnc-quantum@quantum3group.com May 31 2017 00:44:44
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13372980        E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:49:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13362762        E-mail/Text: bankruptcy@bbandt.com May 31 2017 00:44:50      Sheffield Financial,
                 PO Box 580229,    Charlotte, NC 28258-0229
13399297       +E-mail/Text: bankruptcy@bbandt.com May 31 2017 00:44:50      Sheffield Financial / BB&T,
                 Bankruptcy Section,    PO Box 1847,    Wilson NC 27894-1847
13391861       +E-mail/Text: bncmail@w-legal.com May 31 2017 00:45:22      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deustsche Bank National Trust Company as Trustee f
cr             Deutsche Bank National Trust Et Al...
cr*           +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr*            LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                Greenville, SC 29603-0587
13362739*     ++FIRST COMMONWEALTH BANK,    PO BOX 400,    INDIANA PA 15701-0400
                (address filed with court: First Commonwealth Bank,    P.O. Box 400,    Indiana, PA 15701-0400)
13362741*     ++FIRST COMMONWEALTH BANK,    PO BOX 400,    INDIANA PA 15701-0400
                (address filed with court: First Commonwealth Bank,    PO Box 400,    Indiana, PA 15701)
cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13362764      ##The CBE Group Inc.,    Payment Processing Center,    P.O. Box 2695,    Waterloo, IA 50704-2695
                                                                                   TOTALS: 2, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: msch                  Page 3 of 3                  Date Rcvd: May 30, 2017
                              Form ID: pdf900             Total Noticed: 59
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
          Albert M. Belmont, III   on behalf of Creditor    Inland American Retail Management, LLC
           abelmont@bochettoandlentz.com, mrapoport@bochettoandlentz.com
          Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Et Al...
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
          Christopher L. Borsani    on behalf of Creditor    First Commonwealth Bank cborsani@tuckerlaw.com,
           clborsani82@gmail.com
          Dai  Rosenblum    on behalf of Debtor Christopher L. Hatcher dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai  Rosenblum    on behalf of Joint Debtor Taunya M. Hatcher dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Danielle  Boyle-Ebersole    on behalf of Creditor    Deustsche Bank National Trust Company as
           Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
           debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Et Al...
           bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Deustsche Bank National Trust Company as
           Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor     SELECT PORTFOLIO SERVICING, INC
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```